IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    *Defendant*. | Case No. 18-cv-1803 (TNM) |

## JOINT STATUS REPORT

Before the Court is a Complaint filed by Plaintiff National Student Legal Defense Network (NSLDN) against Defendant U.S. Department of Education (Education) pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). Compl., ECF No. 1, Aug. 1, 2018. A single FOIA request submitted by NSLDN to Education on March 8, 2018 forms the basis of this action. *Id.* at ¶¶ 7–8. The first portion of the FOIA request seeks all records produced by Education to any defendant in response to discovery requests issued in a litigation in the Middle District of Pennsylvania ("the *Navient* litigation"), and the second portion of the request seeks communications or correspondence between Education and counsel for any defendant regarding any discovery request in the Litigation. *Id.*

1.  Defendant has conducted searches for responsive records, and Defendant has identified approximately 1600 pages of records potentially responsive to NSLDN's FOIA request. The parties have agreed to a production schedule.

2.	By December 7, 2018, Defendant will process and produce the 800 pages of records responsive to the first portion of NSLDN's request—for documents produced in response to a discovery request in the *Navient* litigation.

3.	By January 31, 2019, Defendant will process and produce the 800 pages potentially responsive to the second portion for NSLDN's request—for communications between Defendant and counsel for any defendant in the *Navient* litigation.

4.	The parties propose to submit a further Joint Status Report by December 17, 2018.

Dated:  November 14, 2018	Respectfully Submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath
D.C. Bar No. 1531723
Elizabeth France
D.C. Bar No. 999851
John E. Bies
D.C. Bar No. 483730

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 897-4213
daniel.mcgrath@americanoversight.org
beth.france@americanoversight.org
john.bies@americanoversight.org

Robyn K. Bitner*
N.Y. Bar No. 5294970
*Pro hac vice* motion to be submitted

NATIONAL STUDENT
LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington, DC 20005
(202) 734-7495
robyn@nsldn.org

*Member of the N.Y. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for NSLDN*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER
472845

DANIEL F. VAN HORN,
D.C. Bar No. 924092
Chief, Civil Division

___/s/_____
RHONDA L. CAMPBELL,
D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for the United States*