IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 18-cv-1803 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff National Student Legal Defense Network ("NSLDN") and Defendant United States Department of Education ("DoE"), by and through undersigned counsel, respectfully provide the following status report pursuant to this Court's November 15, 2018, Minute Order:

1. On January 31, 2019, DoE made its final production of records responsive to Plaintiff's FOIA request.

2. Plaintiff has requested that DoE provide a draft *Vaughn* index justifying DoE's redactions under claim of FOIA Exemption 5. DoE has agreed to provide a draft *Vaughn* index by March 20, 2019. The parties will then confer in an effort to resolve or narrow remaining issues in this action.

3. The parties propose to file a further Joint Status Report with the Court on or before April 2, 2019, updating the Court on the status of the parties' negotiations or informing the Court if summary judgment briefing will be necessary to resolve remaining issues in the case.

Dated: February 6, 2019                             Respectfully Submitted,

                                                      */s/ Daniel A. McGrath*
                                                      Daniel A. McGrath
                                                      D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 897-4213
daniel.mcgrath@americanoversight.org

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER
472845

DANIEL F. VAN HORN,
D.C. Bar No. 924092
Chief, Civil Division

*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL,
D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for the United States*